## ROEL *v.* NEW YORK COUNTY LAWYERS ASSOCIATION.

No. 627.   Decided March 3, 1958.

*Homer H. Breland* for appellant.

*Abraham N. Davis* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## BARNES *v.* NATIONAL BROADCASTING CO., INC., ET AL.

No. 202, Misc.   Decided March 3, 1958.

Appellant *pro se.*

*Howard Ellis, Perry S. Patterson* and *Don H. Reuben* for the National Broadcasting Co., and *Louis M. Mantynband* and *Le Roy R. Krein* for the Columbia Broadcasting Co., appellees.

PER CURIAM.

The appeal is dismissed.